AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. Misc. No. 1:26-mc-01545-UA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* X Corp.

on *(date)*    June 22, 2026    .

☑ I served the subpoena by delivering a copy to the named person as follows:   by mailing a true and correct copy

via USPS Certified Mail, Return Receipt Requested (Tracking No. 9589 0710 5270 3407 4194 41) to X Corp.,

Attn: Legal Department, 865 FM 1209, Building 2, Bastrop, TX 78602    on *(date)*    06/29/2026    ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:    07/10/2026

_____
*Server's signature*

Chenyan Zhang, Managing Partner
_____
*Printed name and title*

505 S Villa Real, Suite 116, Anaheim, CA 92807

_____
*Server's address*

Additional information regarding attempted service, etc.:

Subpoena served pursuant to 17 U.S.C. §512(h). Delivery confirmed by USPS Certified Mail tracking and signed Return Receipt (PS Form 3811) attached hereto as Exhibit A.

RECEIVED

JUL 16 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

**USPS TRACKING #**



9590 9402 0106 6058 1092 08

**United States
Postal Service**

**First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10**

• Sender: Please print your name, address, and ZIP+4® in this box•

Zhang & Zhang Law Office, APC
505 S Villa Real Drive, #116
Anaheim, CA 92807

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

X Corp.
Attn: Legal Department
865 FM 1209, Building 2
Bastrop, TX 78602

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 0106 6058 1092 08

2. Article Number (Transfer from service label)

9589 0710 5270 3407 4194 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

**ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU...**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

## 9589071052703407419441

Copy        Add to Informed Delivery

Feedback

## Latest Update

Your item was delivered to an individual at the address at 1:57 pm on June 29, 2026 in BASTROP, TX 78602.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**
BASTROP, TX 78602
June 29, 2026 1:57 PM

**See All Tracking History**

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**                                    ⌄

**USPS Tracking Plus®**                                     ⌄

**Product Information**                                     ⌄

**See Less** ⌃