IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| IN RE DMCA SUBPOENA TO X CORP., | § § § § § § § | 1:26-MC-1545-RP |

## **ORDER**

Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding." Movant Jacqueline Jiang's ("Movant") attorney, Chenyan Zhang ("Zhang"), is not admitted to practice in this District. Zhang filed a Motion for Admission Pro Hac Vice on June 8, 2026, indicating that Zhang "has on file an application for admission to practice" in this District. (Pro Hac Vice Mot., Dkt. 3, at 3). The Court's records, however, do not show that Zhang has a pending application for admission. Accordingly, on July 27, 2026, the Court's Courtroom Deputy emailed Zhang asking "which division you sent that to and the date." Zhang did not respond to the Courtroom Deputy's email.

The Court will therefore order Zhang to file an application for admission in this District or to file an amended Pro Hac Vice motion stating instead that Zhang has local co-counsel admitted in this District. Failure to do so may result in this case being dismissed.[1] *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

---

[1] If Zhang does indeed have an application for admission on file, Zhang must instead file a notice to that effect stating which division the application was filed in and the date on which it was filed.

1

Accordingly, **IT IS ORDERED** that Attorney Chenyan Zhang shall file either (1) an application for admission in this District; (2) an amended Pro Hac Vice motion stating instead that Zhang has local co-counsel admitted in this District; or (3) a notice explaining what division Zhang's application for admission was filed in and the date on which it was filed, on or before **August 24, 2026**.

Alternatively, an attorney who is admitted to practice before this Court may enter an appearance on behalf of Movaant, and Chenyan Zhang will be stricken from the docket.

**SIGNED** on August 10, 2026.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

2