RECEIVED
September 16, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: pg
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **DMCA SUBPOENA TO X CORP.** | § | **Case No. 1:26-mc-01545-RP** |
| | § | |
| | § | |

## NOTICE OF FILING OF PROOF OF SERVICE OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Movant Jacqueline Jiang ("Movant"), appearing pro se, respectfully files this Notice of Filing of Proof of Service with respect to her Motion to Compel Compliance with Subpoena, and in support thereof states as follows:

1. On August 24, 2026, Movant filed her Motion to Compel Compliance with Subpoena (ECF No. 7). A duplicate copy of the same motion, transmitted to the Clerk by mail, was separately entered on the docket at ECF No. 8. By Text Orders entered August 28, 2026, this Court referred the Motion to United States Magistrate Judge Susan Hightower for disposition.

2. On August 21, 2026, concurrent with their withdrawal from this case, Movant's former counsel caused a true and correct copy of the Motion to Compel Compliance with Subpoena, together with all exhibits thereto, to be served upon X Corp. by United States Postal Service certified mail, return receipt requested, addressed as follows:

X Corp.

865 FM 1209, Bldg. 2

Bastrop, TX 78602

USPS Certified Mail Tracking No.: 9589 0710 5270 4423 6147 11

3. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), service by mail is complete upon mailing. Service of the Motion to Compel Compliance with Subpoena upon X Corp. was therefore complete on August 21, 2026.

4. The United States Postal Service return receipt (PS Form 3811) for the above-referenced article has been returned, bearing a signature and printed name in the space provided for receipt at the delivery address. A true and correct copy of the return receipt is attached hereto as Exhibit A. The United States Postal Service tracking record for the same article reflects that the article was delivered at Bastrop, Texas 78602 on August 25, 2026. A true and correct copy of the tracking record is attached hereto as Exhibit B.

5. Movant files this Notice pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), which requires that a certificate of service be filed with a paper served by means other than the Court's electronic-filing system, or within a reasonable time after such service.

6. Movant respectfully submits that the record now reflects both that service upon X Corp. was completed in accordance with Rule 5 and that X Corp. received actual notice of the Motion to Compel Compliance with Subpoena.

**DECLARATION**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. See 28 U.S.C. § 1746.

Executed on September 16, 2026, at Newport Coast, California.

**Jacqueline Jiang**
Movant, Pro Se
3 Skycrest
Newport Coast, CA 92657
Telephone: (626) 898-2685
Email: jiang5258@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026, I caused a true and correct copy of the foregoing Notice of Filing of Proof of Service, together with all exhibits thereto, to be served upon X Corp. by United States Postal Service Priority mail, postage prepaid, addressed as follows:

X Corp.
Attn: Legal Department
865 FM 1209, Bldg. 2
Bastrop, TX 78602

X Corp.
c/o C T Corporation System
1999 Bryan Street, Suite 900
Dallas, TX 75201

**Jacqueline Jiang**
Movant, Pro Se

**Exhibit A. United States Postal Service Return Receipt (PS Form 3811)**

USPS TRACKING #

9590 9402 6917 1104 7186 32

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Zhang & Zhang Law Office, APC
Cheyenne Zhang
1442 E Lincoln Ave, Orange, CA, 92865.

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

X Corp
865 FM 1209, BLDG 2
Bastrop, TX, 78602.

9590 9402 6917 1104 7186 32

2. Article Number *(Transfer from service label)*

9589 0710 5270 4423 6147 11

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X [illegible]

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

Tom Thumb

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
lail
lail Restricted Delivery
0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

## Exhibit B. United States Postal Service Tracking Record

Tracking Number:

**9589071052704423614711**

Copy Add to Informed Delivery

Remove ✕

**Latest Update**

Your item was delivered to an individual at the address at 12:23 pm on August 25, 2026 in BASTROP, TX 78602.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

BASTROP, TX 78602
August 25, 2026 12:23 PM

See All Tracking History

What Do USPS Tracking Statuses Mean?